952 A.2d 1020

IN THE MATTER OF PAUL STEPHEN
BEATTY, AN ATTORNEY AT LAW.

July 15, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–006, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **PAUL STEPHEN BEATTY** of **SPRING LAKE,** who was admitted to the bar of this State in 1990, should be suspended from the practice of law for a period of three months based on his conviction in the Superior Court, Monmouth County of violation of *N.J.S.A.* 2C:12–10(b), conduct that violates *RPC* 8.4(c) (criminal act that reflects adversely on lawyer's honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **PAUL STEPHEN BEATTY** is suspended from the practice of law for a period of three months and until

the further Order of the Court, effective August 13, 2008; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RFC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.